# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Robert J. Burgi and Yvonne M. Burgi, | Civ. No.: 08-419 (PJS/JJK) |
| Plaintiffs, | |
| v. | **ORDER** |
| Messerli & Kramer PA, and John and Jane Does 1-10, | |
| Defendants. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated August 18, 2008. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

Defendants' Motion to Dismiss [Docket No. 20] is **GRANTED,** and this case is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 5, 2008         s/Patrick J. Schiltz
                                 Patrick J. Schiltz
                                 United States District Judge